# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　Plaintiff<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>　　Defendant | Case No.: 2:18-cv-00214-APG-GWF<br><br>**Order for Status Report** |

I granted in part defendant First American Title Insurance Company's motion to dismiss on October 24, 2018. ECF No. 15. Since that time, there has been no activity in this case.

IT IS THEREFORE ORDERED that on or before March 29, 2019, the parties shall file a status report on the remainder of this case.

DATED this 5th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE