# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:18-cv-00214-APG-GWF<br><br>**Order Setting Status Hearing** |

On October 24, 2018 I granted in part defendant First American Title Insurance Company's motion to dismiss. ECF No. 15. Since that time, the only activity has been a settlement conference that did not result in a resolution. The defendant has not filed an answer and the plaintiff has not prosecuted its claims.

I will conduct a status check on **Tuesday August 13, 2019 at 10:30 a.m.** in Las Vegas courtroom 6C. The parties are to confer before then about whether default should be entered due to lack of an answer, whether the case should be dismissed for failure to prosecute, and what can be done to resolve the case or prepare it for trial.

DATED this 2nd day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE