# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:18-cv-00214-APG-GWF<br><br>**Order Postponing Status Hearing** |

I set a status check for Tuesday August 13, 2019 at 10:30 a.m. because there has been no activity in this case for several months. Today I was informed that the parties are finalizing a settlement agreement to resolve the case. Based upon that, and in order to avoid the parties incurring needless fees and expenses, I will postpone the status hearing to allow the parties to complete their settlement.

IT IS HEREBY ORDERED that the August 13, 2019 status hearing is rescheduled for **Tuesday, October 1, 2019 at 9:30 a.m.** in Las Vegas courtroom 6C. If the parties submit a stipulation to dismiss the case or a satisfactory status report before that date, I will vacate that hearing.

DATED this 12th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE